**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**JEAN E. JOSEPH,**

    **Plaintiff,**

vs.                                   **Case No. 4:11cv34-MP/CAS**

**OFFICER R. GORMAN,**

    **Defendant.**

                              /

## O R D E R

The Clerk of Court has received numerous mail returns in this case. Docs. 80, 83, 84, 94, 96, and 97. Plaintiff has just recently filed a notice of change of address. Doc. 98. The Clerk of Court will provide Plaintiff with a copy of the prior court orders which Plaintiff did not receive (docs. 92, 95). This Order cautions Plaintiff that, considering the number of mail returns received, leniency is running low. Plaintiff **must** keep the Court informed as to his current mailing address. Further mail returns will not be tolerated.

Prior court orders provided that Plaintiff would have until February 8, 2013, to respond to the Defendant's motion for summary judgment, doc. 86. In light of the mail problems, Plaintiff will have an extension of time in which to submit his response.

Plaintiff's response must be filed on or before **March 1, 2013**. Plaintiff was previously advised of his obligation to respond to the summary judgment motion under Rule 56 and N.D. Fla. Loc. R. 56.1. Doc. 88. The Clerk of Court will provide another copy of that Order to Plaintiff to aid him in responding.

Accordingly, it is

**ORDERED:**

1. The Clerk of Court shall re-mail to Plaintiff a copy of these Orders: Docs. 88, 92, and 95.

2. Plaintiff shall have until **March 1, 2013**, in which to file his opposition to Defendant's summary judgment motion.

3. Plaintiff shall *immediately* file a notice to the Clerk's Office should his mailing address change in any way. **Failure to comply with this Court Order may result in a recommendation of dismissal of this action.**

4. The Clerk of Court shall return this file upon receipt of Plaintiff's response in opposition to summary judgment or no later than March 1, 2013.

**DONE AND ORDERED** on February 6, 2013.

                                          s/    Charles A. Stampelos
                                          **CHARLES A. STAMPELOS**
                                          **UNITED STATES MAGISTRATE JUDGE**